**Opinion issued November 24, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-19-00721-CV

———————————————

**LORIANNE GALVAN, Appellant**

**V.**

**RONALD BEAU GROOVER, Appellee**

On Appeal from the 505th District Court
Fort Bend County, Texas
Trial Court Case No. 18-DCV-248956

## MEMORANDUM OPINION

Appellant, Lorianne Galvan, has failed to timely file her brief. Appellant filed her notice of appeal on September 25, 2019. The clerk's record was filed with the Court on November 7, 2019, and no reporter's record was taken. As a result,

appellant's brief was due on December 13, 2019. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). However, no brief was filed.

On December 30, 2019, appellant was notified by the Court that her appeal was subject to dismissal if she did not file her brief or a motion to extend time to file a brief within ten days. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of case for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with order of this Court). On January 6, 2020, appellant filed a motion to extend time to file her brief, which was granted by the Court, extending appellant's deadline to February 11, 2020.

Appellant failed to timely file her brief by the extended deadline. On February 14, 2020, appellant was again notified by the Court that her appeal was subject to dismissal if she did not file her brief or a motion to extend time to file a brief within ten days. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 42.3(c). On February 24, 2020, appellant filed her second motion to extend time to file her brief. The Court granted appellant's motion, extending appellant's deadline to file her brief to March 12, 2020.

Appellant again failed to timely file her brief by the extended deadline. On March 17, 2020, appellant received a third notice from the Court that this appeal was subject to dismissal if she did not file her brief or a motion to extend time to file a

brief within ten days.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), 42.3(c).  After more than seven months, appellant has not adequately responded to the Court's third notice.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c), 43.2(f).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Adams.